**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30346 |
| Plaintiff - Appellee, | D.C. No. CR-05-00007-CCL |
| v. | |
| SHELLEY R. OSBORN, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Charles C. Lovell, District Judge, Presiding

Argued and Submitted November 3, 2009
Portland, Oregon

Before: KOZINSKI, Chief Judge, FISHER and PAEZ, Circuit Judges.

Shelly Osborn appeals from the entry of a criminal forfeiture order seizing

her home. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court correctly found that Osborn's petition was time-barred

because it was filed 71 days after receiving notice of the preliminary order of

forfeiture. 21 U.S.C. § 853(n)(2); Fed. R. Crim. P. 32.2(c)(2). Even assuming the

---

[*]This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

district court could waive the time bar for excusable neglect under Federal Rule of Civil Procedure 60(b), the district court did not abuse its discretion in declining to do so.

**AFFIRMED.**